FILED: May 27, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4099
(2:08-cr-00247-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

GARY LEE MARCUM

      Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 06/15/2015

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk